■ In the Matter of CRAIG GERARD MOKIBER, an Attorney, Resignor. [946 NYS2d 524]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed June 12, 2012.)

■ In the Matter of RICHARD H. BURR, an Attorney, Resignor. [946 NYS2d 524]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed June 11, 2012.)

■ In the Matter of COLLEEN A. VAN GELDER, an Attorney, Resignor. [946 NYS2d 525]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ. (Filed June 12, 2012.)